UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
FEB 0 6 2007
CLERK

JANET M. GOODFACE,

    Plaintiff,

vs.

JO ANNE B. BARNHART
Commissioner of Social Security,

    Defendant.

CIV. 06-4155

JUDGMENT OF DISMISSAL
WITHOUT PREJUDICE

Upon the stipulation for dismissal without prejudice signed by all counsel of record and file herein, and upon all of the other files, records, and proceedings herein, the Court being fully advised,

IT IS HEREY ORDERED, ADJUGDED AND DECREED that pursuant to Federal Rule of Civil Procedure 41(a), the above-entitled action is hereby dismissed without prejudice, and without costs to either party.

Dated this 6th day of February, 2007.

/s/ Lawrence L. Piersol
Hon. Lawrence L. Piersol
United States District Court Judge

Attest: Joseph A. Haas, Clerk
By: /s/ Shelly Margulies
    Deputy Clerk